PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871
(973) 729-8991
Attorneys for National City Commercial Capital Company, LLC

/s/ Frank Peretore, Esq.
Frank Peretore, Esq.
FP #7020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CIV. 3856**

------------------------------------------------------------x

| | |
|---|---|
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC, | : Case Number:<br>: Judge |
| | : |
| Plaintiff, | : ECF CASE |
| | : RULE 7.**BRIEANT** |
| vs. | : |
| | : |
| KGM CIRCUIT SOLUTIONS, LLC, | : |
| | : |
| Defendant. | : |

------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to

enable district Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for National City Commercial Capital Company, LLC certifies

that the following are corporate parents, affiliates and/or subsidiaries of said party, which are

publicly held.

National City Corporation

Provident Financial Group and that they are an Ohio Corporation.

Dated:  April 22, 2008

Frank Peretore, Esq.
PERETORE & PERETORE, P.C.
Attorneys for Plaintiff
110 Park Street, Staten Island NY 10306
(718) 667-8785