```
U.S. DISTRICT COURT                                              N
SOUTHERN-NY DISTRICT OF NEW YORK              Index # 08 CIV 3856
                                         Date Index # Filed 04/23/08
```

Plaintiff(s)
NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC

Peretore & Peretore, P.C
191 Woodport Rd.,
Sparta, NJ 07871

- against -                              AFFIDAVIT

Defendant(s)
KGM CIRCUIT SOLUTIONS, LLC

Court Date:
Your File No:
Our Rec. No: 293014

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

Harry Torres LIC#915257, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen and resides in the State of New York.

That on 05/09/08 at 9:12AM at:

    30 WALL STREET, SUITE 1100
    NEW YORK, NY 10003

deponent served the within CIVIL COVER SHEET, SUMMONS, COMPLAINT, RULE 7.1 STATEMENT** on KGM CIRCUIT SOLUTIONS, LLC recipient therein named.

By delivering to and leaving with "JANE SMITH"
at 30 WALL ST, STE 1100, NYC 10003
and that he knew the person so served to be the MANAGING AGENT
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 45        Approximate Weight: 130       Approximate Height: 5'4"
Color of Skin: WHITE       Color of Hair: BLACK          Sex: FEMALE
REFUSED TO GIVE NAME

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 05/13/08
Bruce J Smilowitz #01SM4965926
Notary Public, State of New York
Nassau County, Commission Expires 04/30/2010

Harry Torres LIC#915257