## PERETORE & PERETORE
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
191 WOODPORT ROAD
SPARTA, NEW JERSEY 07871-2641
(973) 729-8991
TELEFAX (973) 729-8913
E-MAIL peretore@peretore.com

FRANK PERETORE*
JANIS MIGLIORISE PERETORE**

*NEW JERSEY, NEW YORK & D.C. BARS
**NEW JERSEY & NEW YORK BARS

NEW YORK OFFICE
110 PARK STREET
STATEN ISLAND, N.Y. 10306
(718) 667-8785

REPLY TO NEW JERSEY

June 2, 2008

<u>VIA CERTIFIED & ORDINARY MAIL</u>

KGM Circuit Solutions, LLC/Westcom
30 Wall Street, Suite 1100
New York, New York 10003

  Re: National City Commercial Capital Company, LLC v. KGM Circuit Solutions, LLC
    <u>Case No. 08-3856</u>

Dear Sir/Madam:

  This office represents National City Commercial Capital Company, LLC ("National City") with regard to the above-entitled account. Please be advised the Court Conference scheduled for June 13, 2008 has been adjourned to July 18, 2008 at 9:00 a.m. Please be guided accordingly.

          Very truly yours,

          Frank Peretore

FP:mm
cc: Client (<u>via</u> email)
   Alice Cama · Judge Charles L. Brieant Chambers (<u>via</u> telefax)