# PERETORE & PERETORE
### A PROFESSIONAL CORPORATION
### COUNSELLORS AT LAW

FRANK PERETORE*  
JANIS MIGLIORISE PERETORE**

*NEW JERSEY, NEW YORK & D.C. BARS  
**NEW JERSEY & NEW YORK BARS

191 WOODPORT ROAD  
SPARTA, NEW JERSEY 07871-2641  
(973) 729-8991  
TELEFAX (973) 729-8913  
E-MAIL peretore@peretore.com

NEW YORK OFFICE  
110 PARK STREET  
STATEN ISLAND, N.Y. 10306  
(718) 667-8785

REPLY TO NEW JERSEY

May 28, 2008

**MEMO ENDORSED**

*Conference adjourned to July 18, 2008. The Court understands that a Motion for Default Judgment is to be filed.*

*So Ordered*
*Charles L. Brieant*
*6/2/08      USDJ*

VIA TELEFAX (914) 390-4085

Attention: Alice Cama  
Judge Charles L. Brieant  
US District Court  
Southern District of New York  
U.S. Courthouse  
300 Quarropas Street  
White Plains, New York 10601

RE: National City Commercial Capital Company, LLC v. KGM Circuit Solutions, Inc.
Index No. 08 CIV 3856

Dear Ms. Cama:

This office represents the plaintiff with regard to the above matter. There is a Conference scheduled for June 13, 2008 in this matter. The defendant has been served with the Summons and Complaint and no answer has been filed and no contact has been made from the defendant to our office. As a Motion for Default Judgment is going to be filed shortly request is hereby made that the Conference be removed from the Court's calendar.

Thank you for your assistance with this matter. Please confirm with my office the Conference is being removed from the Court's calendar.

Respectfully submitted,

Frank Peretore

FP:mm  
cc: Client (via email)