PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871
(973) 729-8991
Attorneys for National City Commercial Capital Company, LLC



/s/ Frank Peretore, Esq.
Frank Peretore, Esq.
FP #7020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

| | |
|---|---|
| NATIONAL CITY COMMERCIAL CAPITAL<br>COMPANY, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>KGM CIRCUIT SOLUTIONS, LLC,<br><br>    Defendant. | Case Number: 08 CIV 3856<br>Judge Brieant<br><br>ECF CASE<br><br>REQUEST FOR ENTRY<br>OF DEFAULT |

_____x

TO:      KGM Circuit Solutions, LLC
          30 Wall Street, Suite 1100
          New York, New York 10003

Will you please enter the default of the defendant, KGM Circuit Solutions, LLC, in the above-entitled matter for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Plaintiff relies upon the enclosed Affidavit of Service in support of the request filed herein.

PERETORE & PERETORE, P.C.
Counselors at Law
191 Woodport Road
Sparta, New Jersey 07871
Attorneys for Plaintiff

By: _____
         Frank Peretore, Esq.

Dated:  06/10/08

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the within request for entry of default judgment

and supporting papers to be served, via **certified** and **ordinary** mail, upon the defendant as follows:

KGM Circuit Solutions, LLC
30 Wall Street, Suite 1100
New York, New York 10003

Dated:  06/10/08

By: _____

Frank Peretore, Esq.